UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIA MARTINEZ, et al.,

    Plaintiffs,

v.                               CASE NO: 8:06-cv-1120-T-23EAJ

BUSCH ENTERTAINMENT CORP., et al.,

    Defendants.

_____/

## ORDER

The Court is advised that this matter is concluded and will be dismissed.

Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT**

**PREJUDICE** to the right of any party within sixty (60) days from the date of this order to

(1) submit a stipulated form of final order or judgment or (2) re-open the action upon a

showing of good cause.  The Clerk is directed to (1) terminate any pending motion and

(2) close the case.

ORDERED in Tampa, Florida, on ___April 20th_____, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy